UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | | |
|---|---|---|---|
| CASE NUMBER: | 21-54979- JRS | TRUSTEE: | S. GREGORY HAYS |
| CASE NAME: | ARICA JANEA HOLLEY | 341 DATE:<br>RESET DATE: | 08/03/2021<br>09/01/2021 |
| JUDGE: | JAMES R. SACCA | TIME:<br>RESET TIME: | 10:40 AM<br>01:00 PM |

## APPEARANCES

| | PRESENT | ABSENT |
|---|---|---|
| DEBTOR 1:<br>Arica Holley | ☐ | ☒ |
| DEBTOR 2: | ☐ | ☐ |
| DEBTOR'S ATTORNEY:<br>Karen King | ☒ | ☐ |

## RESULTS OF MEETING

**Failure of debtor to appear to the first and second 341 Meeting of Creditors.**

## REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR FOR SECOND 341 MEETING

The undersigned certifies under penalty of perjury that the Debtor has failed twice to appear at the Section 341 Meeting and recommends that a dismissal order be entered against:

|  | Debtor | Spouse |
|---|---|---|
| Check appropriate box(es): | ☒ | ☐ |

DATED: September 2, 2021

/s/ S. Gregory Hays
S. GREGORY HAYS, CHAPTER 7 TRUSTEE